# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LEODIS RANDLE**                                                                      **PLAINTIFF**

**v.**                              **Case No. 4:17-cv-00702-KGB**

**GENISE KEY,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Leodis Randle's complaint is dismissed without prejudice. The relief sought is denied. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

So adjudged this 9th day of August, 2018.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge